# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

*Brenda K. Martin, Bankruptcy Judge*

### Hearing Information:

| | |
|---|---|
| **Debtor:** | MARY KATHLEEN HRABCZUK |
| **Case Number:** | 2:18-BK-13701-BKM     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 14, 2019 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | ELIZABETH PASCUA |
| **Reporter / ECR:** | LETICIA OROSCO |

### Matter:

TRUSTEE'S MOTION TO DISMISS

**R / M #:**   47 / 0

### Appearances:

ROSS MUMME, ATTORNEY FOR EDWARD MANEY

### Proceedings:

Mr. Mumme informs the Court that he does not expect Mr. Lischwe. He notes that on 10-29-2019 the Court granted an extension until 12-11-2019 for the debtor to bring plan payments current or request other relief. He spoke to Mr. Lischwe. The parties agreed to set 12-11-2019 as the drop dead date for the debtor to do one of three items, 1) make a minimum payment of $9,000.00 to the trustee, 2) file a modified plan seeking moratorium or 3) have the house under contract for sale. He responds to the Court's questions. If one of those things happens, he will see how things proceed. If none of those things happen, he will lodge an order the next business day. He suggests setting a back up hearing.

COURT: IT IS ORDERED APPROVING THE PARTIES' AGREEMENT AS STATED ON THE RECORD. IT IS FURTHER ORDERED SETTING A CONTINUED HEARING FOR 12-17-2019 AT 11:00 AM.