| | |
|---|---|
| 1 | Mark W. Lischwe (I. D. #010352) |
| | MARK W. LISCHWE, P.C. |
| 2 | 1930 South Alma School Road, Suite A115 |
| | Mesa, Arizona 85210 |
| 3 | Telephone: (602) 252-7552 |
| | Fax: (602) 391-2233 |
| 4 | email: m.lischwe@att.net |
| | Attorney for Debtor |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 13 |
| MARY KATHLEEN HRABCZUK, | ) | |
| | ) | Case No. 2:18-bk-13701-BKM |
| | ) | |
| Debtor. | ) | MOTION TO CONTINUE HEARING ON |
| | ) | TRUSTEE'S MOTION TO DISMISS |
| | ) | |
| _____ | ) | 12/17/19 @ 11:00 A.M. |

COMES NOW the above-captioned Debtor, by and through counsel undersigned, and hereby moves this Honorable Court for its order continuing the back up hearing on the Trustee's Motion to Dismiss presently scheduled for December 17, 2019 at 11:00 a.m. for a period of 30 days.

The Trustee has no opposition to this continuance.

DATED this 12th day of December, 2019.

                                        MARK W. LISCHWE, P.C.

                                        By /s/ MWL #010352
                                          Mark W. Lischwe
                                          1930 South Alma School Road, Suite A115
                                          Mesa, Arizona 85210
                                          Attorney for Debtor

COPY of the foregoing e-mailed via
ECF this 12th day of December, 2019, to:

Mr. Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Trustee

/s/ Kelly J. Andersen