IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re )
) Chapter 13
MARY KATHLEEN HRABCZUK, )
) Case No. 2:18-bk-13701-BKM
)
Debtor. ) ORDER GRANTING MOTION TO CONTINUE
) HEARING ON TRUSTEE'S MOTION TO
) DISMISS
_____ )

Upon motion of the Debtor and good cause appearing;

IT IS HEREBY ORDERED continuing the December 17, 2019 at 11:00 A.M. back up hearing on the Trustee's Motion to Dismiss to the _____ day of _____, 2020.

SIGNED AND DATED ABOVE.