**ORDERED ACCORDINGLY.**

Dated: December 13, 2019



_____
**Brenda K. Martin, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | Chapter 13 |
| MARY KATHLEEN HRABCZUK, ) | Case No. 2:18-bk-13701-BKM |
| Debtor. ) | ORDER GRANTING MOTION TO CONTINUE HEARING ON TRUSTEE'S MOTION TO DISMISS |

Upon motion of the Debtor and good cause appearing;

IT IS HEREBY ORDERED continuing the December 17, 2019 at 11:00 A.M. backup hearing on the Trustee's Motion to Dismiss to the 23rd day of January, 2020 at 1:30 p.m.

SIGNED AND DATED ABOVE.