# Notice Recipients

District/Off: 0970–2  User: fagans  Date Created: 12/13/2019
Case: 2:18–bk–13701–BKM  Form ID: pdf013  Total: 3

**Recipients of Notice of Electronic Filing:**
tr      EDWARD J. MANEY      service@maney13trustee.com
aty      MARK W. LISCHWE      m.lischwe@att.net

                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      MARY KATHLEEN HRABCZUK      6030 N 15TH ST #15      PHOENIX, AZ 85014

                 TOTAL: 1